CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ASEEM PADUKONE (CABN 298812)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6401
FAX: (415) 436-7234
Aseem.Padukone@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE HOMERO SALGADO-DUARTE,<br><br>Defendant. | **CASE NO. 3:26-mj-71044-MAG**<br><br>**[~~PROPOSED~~] DETENTION ORDER** |

On or about April 28, 2026 defendant JOSE HOMERO SALGADO-DUARTE was charged by Indictment in the District of South Carolina with Conspiracy to Commit a Drug Trafficking Offense, in violation of Title 21, United States Code, Section 846.

This matter came before the Court on August 11, 2026, for a detention hearing. The defendant was present and represented by Assistant Federal Public Defender Candis Mitchell. Assistant United States Attorney Aseem Padukone appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers, and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the person as required. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the basis for its conclusion that the defendant poses a significant risk of flight: the defendant is a Mexican citizen and not a U.S. citizen; he has minimal ties to the U.S. or this district and none to the charging district; he lived his whole life in Mexico until 2021, and his parents, two siblings, significant other and minor child all reside there. Given the serious charge against him, he has every incentive to flee, and a place and family who would welcome him in Mexico. The notion that if he were released he would voluntarily appear in South Carolina is too much to be believed. These findings are made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: August 12, 2026

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge